```
FILED
June 15, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
                 MY
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>           Plaintiff,                         )<br>v.                                                    )<br>                                                       )<br>JENNIFER RAMOS,                    )<br>           Defendant.                      )<br>_____) | Case No. 2:18-mj-00117-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, JENNIFER RAMOS, Case No. 2:18-mj-00117-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

   _X_   Co-Signed Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The Defendant was ordered to appear in the Eastern District of Kentucky (Covington) on June 27, 2018 at 10:30 a.m. before Magistrate Judge Smith.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _6/15/2018_ at _2:56 p.m._

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge