HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRK, JR., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JENNIFER RAMOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER RAMOS,<br><br>Defendant. | Case No. 2:18-mj-117 EFB<br><br>APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 |

Defendant, Jennifer Ramos, through undersigned counsel, hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Ms. Ramos is financially unable to provide the necessary transportation from her place of residence in Sacramento, California, to Covington, Kentucky for initial appearance in Case Number 2:17-cr-056 DLB CJS on Wednesday, June 27, 2018 at 10:30 a.m., before the Honorable David L. Bunning in the United States District Court, Eastern District of Kentucky.

Accordingly, Ms. Ramos, requests the Court to direct the United States Marshal to furnish Ms. Ramos, with transportation between Sacramento, California and Covington, Kentucky.

/ / /

/ / /

/ / /

1

Application for Transcription

| | |
|---|---|
| 1 | Ms. Ramos requests that the Court order a means of non-custodial transportation or |
| 2 | furnish the fare for such transportation to the place where her appearance is required.  In |
| 3 | addition, Ms. Ramos requests the Court to direct the United States Marshal to furnish Ms. Ramos |
| 4 | with an amount of money for subsistence expenses, not to exceed the amount authorized as a per |
| 5 | diem allowance for travel under 5 U.S.C. § 5702(a). |
| 6 | Dated:  June 18, 2018 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ M. Petrik Jr.*
M. PETRIK, JR.
Assistant Federal Defender

Attorneys for Defendant
JENNIFER RAMOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-mj-117 EFB |
|---|---|
| Plaintiff, | ) APPLICATION AND ORDER FOR |
| vs. | ) TRANSPORTATION AND SUBSISTENCE<br>) PURSUANT TO 18 U.S.C. § 4285 |
| JENNIFER RAMOS, | ) |
| Defendant. | ) |

TO:   UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA:

GOOD CAUSE APPEARING, it has been determined that defendant, Jennifer Ramos, is financially unable to provide the necessary transportation from her place of residence in Sacramento, California to Covington, Kentucky, for initial appearance in Case Number 2:17-cr-056 DLB CJS on Wednesday, June 27, 2018, at 10:30 a.m., before the Honorable David L. Bunning in the United States District Court, Eastern District of Kentucky.

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshals Service for the Eastern District of California shall make travel arrangements, or furnish transportation expenses, to the above-named defendant for an initial appearance on Wednesday, June 27, 2018. In addition, the United States Marshal shall furnish Ms. Ramos, with money for subsistence expenses to her destination, the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a). Ms. Ramos is financially unable to be in Covington, Kentucky on this date without transportation and subsistence expenses.

Dated: June 18, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE